8 So.2d 225

**George KIDD v. STATE.**

**7 Div. 658.**

Court of Appeals of Alabama.
March 24, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

8 So.2d 904

**Eugene KING v. STATE.**

**6 Div. 870.**

Court of Appeals of Alabama.
May 26, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

11 So.2d 170

**Henry KING v. STATE.**

**5 Div. 159.**

Court of Appeals of Alabama.
Nov. 24, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

6 So.2d 905

**John KIRKLAND and Roscoe Jones, alias Calloway v. STATE.**

**6 Div. 836.**

Court of Appeals of Alabama.
Jan. 20, 1942.
Rehearing Denied Feb. 17, 1942.

H. M. Powell, of Birmingham, for appellants.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

11 So.2d 170

**J. T. KNIGHT v. STATE.**

**I Div. 427.**

Court of Appeals of Alabama.
Oct. 27, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed, motion of appellant.